## DIETRICH v. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION.

### No. 436.

Circuit Court of Appeals, Second Circuit.
June 6, 1932.

Neil P. Cullom, of New York City (James E. Freehill, of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Frederick H. Cunningham, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Upon the theory that the Susquehanna Steamship Company was operating the ship Panola as agent for the appellee, the appellant seeks to recover on a judgment obtained in the state Supreme Court. The recovery is for a breach of a contract of carriage. The ship Panola was a merchant vessel owned by the United States. Under the authority of United States Shipping Board Emergency Fleet Corp. v. Lustgarten, 280 U. S. 320, 50 S. Ct. 118, 74 L. Ed. 451, and Weinstein v. Black Diamond S. S. Corp., 40 F.(2d) 590 (C. C. A. 2), the exclusive remedy as against the United States is under the Suits in Admiralty Act (46 USCA §§ 741–752). The rule announced in these cases is applicable to the instant suit, and upon such authority the bill was properly dismissed.

Decree affirmed.